Electronically Submitted
11/18/2015 5:11:10 PM
Gregg County District Clerk
By: Britnie Minor ,deputy

## NO. 44,604-A

| | | |
|---|---|---|
| **JEFFREY MACDONALD,** | § | **IN THE DISTRICT COURT** |
| **APPELLANT** | | 6th COURT OF APPEALS |
| | | TEXARKANA, TEXAS |
| **VS.** | § | **188TH JUDICIAL DISTRICT** |
| | | DEBBIE AUTREY |
| **THE STATE OF TEXAS,** | | Clerk |
| **APPELLEE** | § | **GREGG COUNTY, TEXAS** |

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JEFFREY MACDONALD, who was Defendant in the above styled and numbered cause, by and through his counsel, EBB B. MOBLEY, the trial court having granted permission to appeal, and files this notice that he wishes to appeal from the conviction to the Sixth Court of Appeals on errors raised by written motion and ruled on before trial and on errors arising during and subsequent to trial.

Sentence was imposed on November 17, 2015, and this written Notice of Appeal is filed with the Clerk of this Court within 30 days of that date.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com


 /s/   EBB B. MOBLEY
EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000

**NO. 44,604-A**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| **VS.** | § | **188TH JUDICIAL DISTRICT** |
| **JEFFREY MACDONALD** | § | **GREGG COUNTY, TEXAS** |

## DESIGNATION OF RECORD ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, JEFFREY MACDONALD, and submits this Designation of Record on Appeal, and requests that the following items be contained in the record of this appeal:

1. A complete Reporter's Record of the trial of this cause, the voir dire examination of the jury, the final argument of counsel, any pre-trial or post-trial hearings, or any other matters connected with this case where the court reporter was present and transcribing the proceedings.
2. The indictment.
3. Any special pleas and motions of the Defendant and motions of the State.
4. Any written waivers.
5. Court's docket sheet.
6. Charge of Court on both guilt or innocence and punishment.
7. Any special requested charges submitted by the Defendant.
8. The verdict of the jury.
9. Court's Findings of Fact and Conclusions of Law.
10. Court's judgment and sentence.
11. Motions for New Trial.
12. Notice of Appeal.
13. Letter to court reporter requesting preparation of Reporter's Record.
14. Any notes from the jury and the Court's responses thereto.
15. All exhibits.
16. All juror information sheets and information on peremptory strikes.
17. Any other matter contained within the Court's files.
18. Any order appointing a visiting or retired Judge to preside on this case.
19. Any presentence investigation prepared for and used in this case.
20. Trial Court's Certification of Defendant's Right of Appeal.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that these matters be contained within the record of this appeal.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX  75606
Telephone: (903)757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com


 /s/  EBB B. MOBLEY
EBB B. MOBLEY
Attorney for JEFFREY MACDONALD
State Bar License # 14238000


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing was forwarded to the office of Zan Colson Brown, Assistant District Attorney, Gregg County Courthouse, 101 E. Methvin, Suite 333, Longview, Texas 75601, on this the 18TH day of November, 2015, by efile.


 /s/  EBB B. MOBLEY
EBB B. MOBLEY, Counsel for Defendant

# EBB B. MOBLEY

**ATTORNEY AT LAW**
**422 NORTH CENTER STREET - LOWER LEVEL**
**P. O. BOX 2309**
**LONGVIEW, TEXAS   75606**
**TELEPHONE: (903) 757-3331**
**FAX: (903) 753-8289**

November 18, 2015

Grelyn Freeman
Gregg County Court Reporter
188th Judicial District Court
101 East Methvin, Suite 408
Longview, Texas 75601

        RE:    Cause No. 44,604-A
                State v. Jeffrey Macdonald

Dear Ms. Freeman:

I have been appointed to represent the above Appellant on his appeal. I need a complete Reporter's Record of this case, including all pre-trial hearings, arguments of counsel, voir dire of the jury, and any exhibits entered into the record.

Thank you for your attention to this matter.

Very truly yours,

/s/   EBB B. MOBLEY

Ebb B. Mobley

/kk

cc:    Ms. Zan Colson Brown
        Gregg County Assistant District Attorney
        zan.brown@co.gregg.tx.us

        Ms. Barbara Duncan
        Gregg County District Clerk
        barbara.duncan@co.gregg.tx.us

        Mr. Jeffrey Macdonald
        Gregg County Jail
        101 East Methvin, Suite 635
        Longview, Texas 75601
        By U.S. Mail